NANCY HERSH, ESQ., State Bar No. 49091
CYNTHIA L. BROWN, ESQ., State Bar No. 248846
JOSEPH BOYLE, ESQ., State Bar No. 132539
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiff
SARAH BOOHER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BOOHER and SARAH BOOHER ) | CASE NO.: C 09-01045 MHP |
| ) | |
| Plaintiffs ) | **STIPULATION FOR DISMISSAL** |
| ) | **WITHOUT PREJUDICE** |
| v. ) | [PROPOSED] **ORDER THEREON** |
| ) | |
| CITY and COUNTY OF SAN ) | Complaint Filed: 3/10/2009 |
| FRANCISCO; SAN FRANCISCO ) | |
| POLICE OFFICER SCHWAB STAR ) | |
| NO. 2099, SFPD OFFICER ) | |
| CASTANEDA STAR NO. 451, SFPD ) | |
| OFFICER CHAMBERS STAR NO. 972, ) | |
| SFPD OFFICER FROST STAR NO. ) | |
| 1507, SFPD OFFICER REYES STAR ) | |
| NO. 492, and DOES ONE through ) | |
| TWENTY, ) | |
| ) | |
| Defendants ) | |
| ) | |

Plaintiff SARAH BOOHER, by and through her counsel, Joseph Boyle, of Hersh &

Hersh, a Professional Corporation, and Defendants CITY and COUNTY OF SAN

FRANCISCO; SAN FRANCISCO POLICE OFFICER SCHWAB STAR NO. 2099, SFPD

OFFICER CASTANEDA STAR NO. 451, SFPD OFFICER CHAMBERS STAR NO. 972,

SFPD OFFICER FROST STAR NO. 1507, SFPD OFFICER REYES STAR NO. 492, by and through their counsel, Joshua S. White of Office of City Attorney, submit the following Stipulation for Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (ii).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed without prejudice as to Plaintiff SARAH BOOHER, only.

IT IS FURTHER STIPULATED that each party to this Stipulation shall bear their own costs and fees.

IT IS SO STIPULATED.

DATED:    October 26, 2009    HERSH & HERSH
A Professional Corporation

By_____
Joseph Boyle
Attorney for Plaintiff
SARAH BOOHER

DATED:    October 27, 2009    DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
JOSHUA S. WHITE
Deputy City Attorney

By_____
JOSHUA S. WHITE
Attorney for Defendants

IT IS SO ORDERED.

Dated:    October 29, 2009

_____
HON. MARILYN H. PATEL
JUDGE OF THE U.S. DISTRICT COURT

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE;
[PROPOSED] ORDER THEREON

HERSHANDHERSH
A Professional Corporation