DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4259
Facsimile:      (415) 554-3837
E-Mail:         joshua.white@sfgov.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SFPD OFFICER SCHWAB, STAR No. 2099; SFPD
OFFICER CASTANEDA, STAR NO. 451; SFPD
OFFICER CHAMBERS, STAR NO. 972; OFFICER
FROST, STAR NO. 1507, SFPD OFFICER REYES,
STAR NO. 392

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BOOHER and SARAH BOOHER,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE OFFICER SCHWAB STAR NO. 2099; SFPD OFFICER CASTANEDA STAR NO 451; SFPD OFFICER CHAMBERS STAR NO. 972; SFPD OFFICER FROST STAR NO. 1507; SFPD OFFICER REYES STAR NO. 492 and DOES ONE through TWENTY,<br><br>    Defendants. | Case No. C09-1045 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY CUTOFF**<br><br>F.R.C.P. 26<br><br>Trial Date:     May 4, 2010 |

Plaintiff and Defendants City (the "Parties") by and through their counsel hereby stipulate as follows:

For good cause, the Parties request that the Court order that the fact discovery cutoff be extended from November 30, 2009 to December 31, 2009.

Dated: November 9, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorneys


By: _/s/ Joshua S. White_____
    JOSHUA S. WHITE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 9, 2009

HERSH AND HERSH
Joe Boyle


By: _/s/ Joe Boyle_____
    JOE BOYLE

Attorneys for Plaintiff
NOAH BOOHER

1         [PROPOSED] ORDER

2   For Good Cause, the Court extends the fact discovery cutoff from November 30, 2009 to

3 December 31, 2009.

4   IT IS SO ORDERED

5 Dated: _11/12/2009_



6

7       By:_____

8       MARIL

9       United S