DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4259
Facsimile: (415) 554-3837
E-Mail: joshua.white@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SFPD OFFICER SCHWAB, STAR No. 2099; SFPD
OFFICER CASTANEDA, STAR NO. 451; SFPD
OFFICER CHAMBERS, STAR NO. 972; OFFICER
FROST, STAR NO. 1507, SFPD OFFICER REYES,
STAR NO. 392

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BOOHER and SARAH BOOHER, | Case No. C09-1045 MHP |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE OFFICER SCHWAB STAR NO. 2099; SFPD OFFICER CASTANEDA STAR NO 451; SFPD OFFICER CHAMBERS STAR NO. 972; SFPD OFFICER FROST STAR NO. 1507; SFPD OFFICER REYES STAR NO. 492 and DOES ONE through TWENTY, | Trial Date: May 4, 2010 |
| Defendants. | |

WHEREAS, the parties have reached a settlement in this case;

WHEREAS, the settlement is contingent upon approval by the San Francisco Board of Supervisors;

WHEREAS, such approval typically takes three months.

Accordingly, the parties respectfully request that the Court vacate the trial date and all pre-trial dates to allow defendants to seek the necessary approvals and to allow the parties to effectuate the settlement.

Dated: January 20, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorneys

By: */s/ Joshua S. White*
JOSHUA S. WHITE
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated: January 20, 2010

By: */s/ Joe Boyle*
JOSEPH BOYLE
Attorney for Plaintiff
NOAH BOOHER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This matter is set down for a further Case Management Conference on May 10, 2010 at 3:00 p.m. if the settlement is not consummated by that date.

Dated: 1/25/2010

HON. MARILYN HALL PATEL
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel

Order Regarding Settlement
CASE NO. C09-1045 MHP

2

c:\documents and settings\mamartin\local settings\temp\notesfff692\booher.stipnorder.doc