NANCY HERSH, ESQ., State Bar No. 49091
CYNTHIA L. BROWN, ESQ., State Bar No. 248846
JOSEPH BOYLE, ESQ., State Bar No. 132539
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6396
(415) 441-5544

Attorneys for Plaintiff
SARAH BOOHER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH BOOHER, | CASE NO.: C 09-01045 MHP |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY and COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE OFFICER SCHWAB STAR NO. 2099, SFPD OFFICER CASTANEDA STAR NO. 451, SFPD OFFICER CHAMBERS STAR NO. 972, SFPD OFFICER FROST STAR NO. 1507, SFPD OFFICER REYES STAR NO. 492, and DOES ONE through TWENTY, | Complaint Filed:  3/10/2009<br><br>Hearing date: May 17, 2010<br>Time:          3:00 PM<br>Dept:          Courtroom 15, 18th Floor |
| Defendants | |

     Plaintiff NOAH BOOHER, by and through his counsel, Joseph Boyle, of Hersh &

Hersh, a Professional Corporation, and Defendants CITY and COUNTY OF SAN

FRANCISCO; SAN FRANCISCO POLICE OFFICER SCHWAB STAR NO. 2099, SFPD

OFFICER CASTANEDA STAR NO. 451, SFPD OFFICER CHAMBERS STAR NO. 972,

SFPD OFFICER FROST STAR NO. 1507, SFPD OFFICER REYES STAR NO. 492, by and through their counsel, Joshua S. White of Office of City Attorney, submit the following Stipulation:

IT IS HEREBY STIPULATED that both parties have agreed that the Further Case Management Conference set for May 10, 2010 at 3:00 PM be continued to ~~June 21~~ **July 12,** 2010 at 3:00 PM.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: | May 4, 2010 | HERSH & HERSH<br>A Professional Corporation |
| | | By  /s/ Joseph Boyle<br>   Joseph Boyle<br>   Attorney for Plaintiff<br>   NOAH BOOHER |
| DATED: | May 4, 2010 | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Attorney<br>JOSHUA S. WHITE<br>Deputy City Attorney |
| | | By  /s/ Joshua S. White<br>   JOSHUA S. WHITE<br>   Attorney for Defendants<br>   CITY AND COUNTY OF SAN FRANCISCO, ET AL. |

IT IS SO ORDERED.

Dated:   5/5/2010

_____
HON.
JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

- 2 -
STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE